## LEON ZALEWSKI *v.* JOSEPHINE M. MENARD
## (2276)

HULL, DUPONT and BORDEN, Js.

Argued January 10—decision released January 31, 1984

*George S. Linardos,* for the appellant (plaintiff).

*Robert A. Teitenberg,* filed a brief for the appellee (defendant).

PER CURIAM. There is no error.